**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **JAMES PITTS, # 121642,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **CIV. ACT. NO. 1:19-cv-38-TFM-B** |
| ) | |
| **C. O. BULLARD,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM OPINION AND ORDER

On November 16, 2021, the Magistrate Judge entered a report and recommendation which recommends Defendants' motions for summary judgment (Docs. 25, 26, 36, 37, 38) be granted. *See* Doc. 43.  Plaintiff timely filed his objections.  *See* Doc. 45.  Therefore, the report and recommendation is ripe for review.

As part of his objections, Plaintiff attaches another affidavit.  However, the Court will not consider matters raised on the first time through objections. Additionally, though the Court is sympathetic to Plaintiff having been stabbed, nothing in his objections changes the analysis under qualified immunity discussed by the Magistrate Judge.

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Defendants' motions for summary judgment (Docs. 25, 26, 36, 37, 38) are **GRANTED** and Plaintiff's claims are **DISMISSED with prejudice**.

**DONE** and **ORDERED** this 24th day of January, 2022.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE