IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JAMES PITTS, # 121642,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIV. ACT. NO. 1:19-cv-38-TFM-B |
| | ) |
| **C. O. BULLARD,** *et al.***,** | ) |
| | ) |
| Defendants. | ) |

**<u>JUDGMENT</u>**

In accordance with the Memorandum Opinion and Order entered this same date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's claims be **DISMISSED with prejudice**, and that this action be dismissed in its entirety.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 24th day of January, 2024.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE